| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| JASON GIDDINGS,<br><br>        Plaintiff,<br><br>    v.<br><br>GREYHOUND BUS LINES, INC., *et al.*,<br><br>        Defendants. | CASE NO. C11-1484 RSM<br><br>MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

Judgment was entered in this case on May 23, 2016, dismissing Plaintiff's claims and closing the matter. Dkt. #121.

On May 23, 2019, the Court received a document, purporting to be a filing, from Plaintiff. Dkt. #123. The Court was unable to discern the purpose of that filing.

On January 21, 2020, the Court received three additional filings from Plaintiff. Dkts. #124, #125, and #126. On the Court's review, the Court was unable to discern a purpose for the filings and the filings did not appear to seek any relief from the Court.

MINUTE ORDER – 1

| | |
|---|---|
| 1 | This matter has been, and remains, CLOSED. Plaintiff is hereby notified that, absent a |
| 2 | clear basis for doing so, the Court will not review or respond to further filings in this CLOSED |
| 3 | matter. |
| 4 | The Clerk is directed to mail a copy of this Minute Order to Plaintiff at his last known |
| 5 | mailing address. |
| 6 | DATED this 31st day of January 2020. |

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

MINUTE ORDER – 2